IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEMORIAL HERMANN HOSPITAL SYSTEM<br>Plaintiff,<br><br>V.<br><br>MICHAEL BOUTON, M.D.<br>Defendant. | § § § § § § § § § § | CIVIL ACTION NO 4:10-CV-1161 |

## DEFENDANT MICHAEL BOUTON, M.D.'S RULE 26(a) INITIAL DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant Michael Bouton, M.D. ("Bouton") serves his Initial Disclosures on Plaintiff Memorial Hermann Hospital System ("MHHS").

### Rule 26(a)(1)(A)(i)

The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

1. **Michael Bouton, M.D.**
   c/p Harry L. Scarborough
   Faubus & Scarborough LLP
   1010 Lamar, Suite 1020
   Houston, Texas 77002
   Tel: (713) 222-6400

   Michael Bouton, M.D. is the Defendant in this case.

2. **Treasia Bouton**
   c/o Faubus & Scarborough
   1010 Lamar, Suite 1020
   Houston, Texas 77002
   Tel: (713) 222-6400

   Treasia Bouton is Bouton's wife and a part-time receptionist at Bouton's medical practice. Mrs. Bouton has knowledge of MHHS' recruitment of Bouton, the Guaranteed Billings Recruitment Agreement Between Michael Bouton, M.D. and Memorial Hermann Hospital

System (the "Agreement"), Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, termination of the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, the emotional and financial hardships endured by Bouton's family due to relocation and separation necessitated by Bouton's move to North Dakota, and Bouton's damages.

3.  **Memorial Herman Hospital System**
    c/o Fred Wahrlich
    Munsch Hardt Kopf & Harr, P.C.
    700 Louisiana Street, Suite 4600
    Houston, Texas 77002
    Tel: (713) 222-1470

Memorial Hermann Hospital System is the Plaintiff, and its employees, agents and custodians of records have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, termination of the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, and Bouton's damages.

4.  **Memorial Hermann Memorial City Hospital**
    c/o Fred Wahrlich
    Munsch Hardt Kopf & Harr, P.C.
    700 Louisiana Street, Suite 4600
    Houston, Texas 77002
    Tel: (713) 222-1470

Bouton worked at Memorial Hermann Memorial City Hospital, and its employees, agents and custodians of records have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, termination of the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, and Bouton's damages.

5.  **Memorial Hermann Katy Hospital**
    c/o Fred Wahrlich
    Munsch Hardt Kopf & Harr, P.C.
    700 Louisiana Street, Suite 4600
    Houston, Texas 77002
    Tel: (713) 222-1470

Bouton worked at Memorial Hermann Katy Hospital, and its employees, agents and custodians of records may have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, termination of the Agreement, and Bouton's damages.

6. **Bobetta Lindig Breast Center**
   Memorial Hermann Memorial City Medical Center
   c/o Fred Wahrlich
   Munsch Hardt Kopf & Harr, P.C.
   700 Louisiana Street, Suite 4600
   Houston, Texas 77002
   Tel: (713) 222-1470

   Bouton worked at the Bobetta Lindig Breast Center, and its employees, agents and custodians of records may have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, termination of the Agreement, and Bouton's damages.

7. **Jeffrey Nowlin, M.D.**
   Memorial Hermann Hospital System
   c/o Fred Wahrlich
   Munsch Hardt Kopf & Harr, P.C.
   700 Louisiana Street, Suite 4600
   Houston, Texas 77002
   Tel: (713) 222-1470

   Jeff Nowlin is the Chief Operating Officer of Memorial Hermann Memorial City Medical Center. Mr. Jones has knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, termination of the Agreement, and Bouton's damages.

8. **David Jones**
   Memorial Hermann Hospital System
   c/o Fred Wahrlich
   Munsch Hardt Kopf & Harr, P.C.
   700 Louisiana Street, Suite 4600
   Houston, Texas 77002
   Tel: (713) 222-1470

   David Jones was the Chief Executive Officer of Memorial Hermann Hospital System, and he executed the Agreement. Mr. Jones has knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, termination of the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, and Bouton's damages.

9. **Lisa Kendler**
   Memorial Hermann Hospital System
   c/o Fred Wahrlich
   Munsch Hardt Kopf & Harr, P.C.
   700 Louisiana Street, Suite 4600
   Houston, Texas 77002
   Tel: (713) 222-1470

Lisa Kendler is the Chief Financial Officer of Memorial Hermann Hospital System. Ms. Kendler has knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, termination of the Agreement, and Bouton's damages.

10. **Marsha Bourgeois**
    Memorial Hermann Katy Hospital
    c/o Fred Wahrlich
    Munsch Hardt Kopf & Harr, P.C.
    700 Louisiana Street, Suite 4600
    Houston, Texas 77002
    Tel: (713) 222-1470

Marsha Bourgeois is Director of Business Development for Memorial Hermann Katy Hospital. Ms. Bourgeois may have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, termination of the Agreement, and Bouton's damages.

11. **Debra Enany**
    Memorial Hermann Hospital System
    c/o Fred Wahrlich
    Munsch Hardt Kopf & Harr, P.C.
    700 Louisiana Street, Suite 4600
    Houston, Texas 77002
    Tel: (713) 222-1470

Deborah Enany is the Director of Physician Recruitment and Business Development for the Memorial Hermann Hospital System. Ms. Enany has knowledge MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, termination of the Agreement, and Bouton's damages.

12. **Cindy Peña**
    Memorial Hermann Hospital System
    c/o Fred Wahrlich
    Munsch Hardt Kopf & Harr, P.C.
    700 Louisiana Street, Suite 4600
    Houston, Texas 77002
    Tel: (713) 222-1470

Cindy Peña is or was the Physician Liaison for Memorial Hermann Hospital System. Ms. Peña has knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, termination of the Agreement, and Bouton's damages.

13. **Serena Schneider**
    Memorial Hermann Hospital System
    c/o Fred Wahrlich
    Munsch Hardt Kopf & Harr, P.C.
    700 Louisiana Street, Suite 4600
    Houston, Texas 77002
    Tel: (713) 222-1470

Serena Schneider is a real estate broker/agent. Ms. Schneider may have knowledge of Bouton's relocation to Houston and his damages.

14. **MetroNational**
    820 Gessner, Suite 1800
    Houston, Texas 77024
    Tel: (713) 973-6400

MetroNational, is a privately held real estate investment, development and management company headquartered in Houston, Texas. MetroNational and its employees, agents and custodians of records may have knowledge of the lease agreement for Bouton's medical practice, Bouton's diligent but unsuccessful efforts to build a viable practice, and Bouton's damages.

15. **TNET Healthcare Corporation**
    1445 Ross Ave.,
    Dallas, Texas
    Tel: (469) 893-2000

Tenet Healthcare Corporation is a health care services company whose subsidiaries and affiliates own and operate acute care hospitals and related ancillary health care businesses, including Cypress Fairbanks Medical Center. TNET Healthcare Corporation and its employees, agents and custodians of records may have knowledge of Bouton's diligent but unsuccessful efforts to build a viable practice and Bouton's damages.

16. Cypress Fairbanks Medical Center Hospital
    10655 Steepletop Drive
    Houston, Texas, 77065
    Tel: (281) 890-4285

    Bouton worked at Cypress Fairbanks Medical Center Hospital. Cypress Fairbanks Medical Center Hospital, and its employees, agents and custodians of records may have knowledge of Bouton's diligent but unsuccessful efforts to build a viable practice.

17. **Jo Pollack, MD**
    902 Frostwood Dr., No. 129
    Houston, Texas
    Tel: (713) 461-1013

    Jo Pollack, MD has a medical practice in the same area as Bouton, and she, her employees, agents and custodians of records have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement (including, but not limited to, an overflow of breast patients from Dr. Pollock to Bouton and the Bobetta Lindig Breast Center), termination of the Agreement, and Bouton's damages.

18. **Theresa Hagmann**
    Sphinx Consulting
    18702 Point Lookout Dr.,
    Nassau Bay, Texas, 77058
    Tel: (281) 333-1818

    Theresa Hagmann is a representative of Sphinx Consulting. Ms. Hagmann was present at some of the meetings regarding Bouton's recruitment and/or relocation to Texas. Ms. Hagmann and Sphinx Consulting's employees, agents and custodians of records may have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, termination of the Agreement, and Bouton's damages.

19. **Peter Khoury**
    Sphinx Consulting
    18702 Point Lookout Dr.,
    Nassau Bay, Texas, 77058
    Tel: (281) 333-1818

    Peter Khoury is Director of Operations of Sphinx Consulting. Mr. Khoury was present at some of the meetings regarding Bouton's recruitment and/or relocation to Texas. Ms. Hagmann and Sphinx Consulting's employees, agents and custodians of records may have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to

build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, termination of the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, and Bouton's damages.

20. **Medicus Insurance Company**
    4817 Spicewood Springs Road
    Building 4, 1st Floor
    Austin, Texas 78759
    Tel: (512) 467-2800

Medicus Insurance Company provided malpractice insurance for Bouton from March 1, 2007-March 1, 2008 and may have knowledge of his damages.

21. **Scott Newar, Attorney at Law**
    700 Louisiana, 25th Floor
    Houston, Texas 77002-2728
    Tel: (713) 222-9155

Mr. Newar provided legal services to Bouton after January 22, 2007.

22. **Adam Naaman, M.D.**
    Memorial Hermann Hospital System
    c/o Fred Wahrlich
    Munsch Hardt Kopf & Harr, P.C.
    700 Louisiana Street, Suite 4600
    Houston, Texas 77002
    Tel: (713) 222-1470

Dr. Naaman is a physician who works at one or more facilities owned or operated by MHHS. Dr. Naaman may have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, termination of the Agreement, and Bouton's damages.

23. **Admiral Moving Services, Inc.**
    664 West Ash Street
    Fayetteville, Arkansas 72703
    Tel: (800) 844-6870
    Tel: (479) 442-4631

Admiral Moving Services, Inc. moved Bouton from Arkansas to Texas, and it may have knowledge of his damages.

24. **J.P. Morgan Chase Bank, N.P.**
    P.O. Box 260180
    Baton Rouge, Louisiana 70826-0180
    Tel: (212) 270-6000

    J.P. Morgan Chase Bank, N.P. and its employees, agents and custodians of records may have knowledge of Michael Bouton, M.D., PLLC's account number ending in 8001, business line of credit with a credit limit of $50,000.00, account number ending in 0627, in the name of Treasia Bouton and Michael S. Bouton, and account number ending 2093 and Bouton's damages.

25. **J.P. Morgan Chase Bank, N.P.**
    Eldridge LPO
    12210 FM 1960 West
    Houston, Texas 77065
    Tel: (212) 270-6000

    J.P. Morgan Chase Bank, N.P. and its employees, agents and custodians of records may have knowledge of the Promissory Note executed by Michael Bouton, M.D., PLLC, dated January 16, 2007 in the principal amount of $50,000.00 and Bouton's damages.

26. **Chris Tangalin**
    JP Morgan Chase Bank
    12210 FM 1960 West
    Houston, Texas 77065
    Tel: (832) 237-7027

    Chris Tangalin was Bouton's banker. Mr. Tangalin may have knowledge of Bouton's diligent but unsuccessful efforts to build a viable practice and Bouton's damages.

27. **MNC Medical Property, LTD a Texas Limited Partnership**
    820 Gessner, Suite 1800
    Houston, Texas 77024
    Tel: (713) 973-6400

    MNC Medical Property, LTD was the Lessor for Bouton's surgical group. MNC Medical Property, LTD and MNC Medical Property, LTD's employees, agents and custodians of records may have knowledge of Bouton's damages.

28. The following are the names of individuals listed as attendees at a meeting the week prior to May 14, 2007 regarding stereotactic biopsy at the Bobetta Lindig Breast Center, and they may have knowledge of same:

    a) Subramanyam Manny Ayyar, M.D.
    b) Michael S. Bouton, M.D.
    c) Louis Bujanch, MD

  d) George Jackson, MD
  e) Stephen, McElmurry, MD
  f) Adam Naaman, M.D.
  g) Rick Ngo, MD
  h) Melissa O'Toole, MD
  i) Jo Pollack, MD
  j) Stephen Rose, MD
  k) Penni Russo-Going, MG
  l) Kevin Wheeler, MD
  m) Jeff Nowlin, MD

Memorial Herman Hospital System
c/o Fred Wahrlich
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana Street, Suite 4600
Houston, Texas 77002
Tel: (713)222-1470

**29. MeritCare Medical Group**
P.O. Box MC
Fargo, ND 58122
Tel: (701) 234-6145

MeritCare Medical Group is Bouton's current employer. MeritCare Medical Group and Merit Care Medical Group's employees, agents, representatives and custodians of records may have knowledge of Bouton's damages.

**30. VisionBank**
3000 25th Street South
Fargo, ND 58103
Tel: (701) 364-2020

VisionBank and its employees, agents and custodians of records may have knowledge of account number ending in 5998 for Michael S. Bouton and Treasia S. Bouton and Bouton's damages.

**31. CitiMortgage, Inc.**
P.O. Box 689196
Des Moines, IA 50368-9196
Tel: (800) 283-7918

CitiMortgage, Inc. and its employees, agents, representatives and custodians of records may have knowledge of Michael Bouton's account number ending in 3136 regarding Bouton's home located at 12994 Park Forest Trail, Cypress, Texas 77429, and it may have knowledge of Bouton's damages.

32. **Charles Schwab & Co., Inc.**
    101 Montgomery St.
    San Francisco, CA 94104
    Tel: (800) 435-4000

    Charles Schwab & Co., Inc. and its employees, agents and custodians of records may have knowledge of Michael S. Bouton and Treasia Bouton's Schwab One account- account number ending in 9260, and it may have knowledge of Bouton's damages.

33. **Orwin Healthcare International, Inc.**
    OHI Property Services
    1918 Saddle Creek Drive
    Houston, Texas 77090
    Tel: (281) 880-5315

    Orwin Healthcare International, Inc. and its employees, agents and custodians of records may have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, and Bouton's damages.

34. **Thomas Graves**
    Adair & Myers PLLC
    3120 Southwest Freeway, Suite 320
    Houston, Texas 77098
    Tel: (713) 522-2270

    Mr. Graves provided legal services to Bouton prior to January 22, 2007 and may have knowledge of his damages.

35. **Linda Nanini**
    **Gainer, Donnelly & Desroches LLP**
    5847 San Felipe, Suite 1100
    Houston, Texas 77057
    Tel: (713) 965-5597

    Ms. Nanini is an accountant and partner of the firm Gainer, Donnelly & Desroches LLP. Ms. Nanini, Gainer, Donnelley & Desroches LLP and its employees, agents and custodians of records may have knowledge of Bouton's finances and damages.

36. **Allyson Hancock Kinzel**
    **Baker Hostetler LLP**
    1000 Louisiana, Suite 2000
    Houston, Texas 77002
    Tel: (713)751-1600

Ms. Kinzel and Baker Hostetler LLP provided legal services to Bouton. Ms. Kinzel, Baker Hostetler LLP and its employees, agents and custodians of records may have knowledge of the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement (including, but not limited to, an overflow of breast patients from Dr. Pollock to Bouton and the Bobetta Lindig Breast Center), termination of the Agreement, and Bouton's damages, including attorney's fees and expenses.

37. **James Winton**
    **Baker Hostetler LLP**
    1000 Louisiana, Suite 2000
    Houston, Texas 77002
    Tel: (713)751-1600

Ms. Winton and Baker Hostetler LLP provided legal services to Bouton. Mr. Winton, Baker Hostetler LLP and its employees, agents and custodians of records may have knowledge of the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement (including, but not limited to, an overflow of breast patients from Dr. Pollock to Bouton and the Bobetta Lindig Breast Center), termination of the Agreement, and Bouton's damages, including attorney's fees and expenses.

38. **McMahan & Co., CPAs**
    2825 Wilcrest Drive, Suite 117
    Houston, Texas 77042
    Tel: (713) 626-0662

McMahan & Co., CPA and its officers, employees, agents, representatives and custodians of records may have knowledge of Bouton's finances, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, and Bouton's damages.

39. **Rose Imaging Specialists, P.A.**
    714 FM 1960 W., Suite 206
    Houston, TX 77090
    Tel: (281) 880-6991

Rose Imaging Specialists, P.A. was awarded a contract by MHHS for the Bobetta Lindig Breast center and its officers, employees, agents, representatives and custodians of records may have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, termination of the Agreement, and Bouton's damages.

40.  **Michelle Uvale**
    13042 Ferry Hill Lane
    Houston, Texas 77015
    Tel: (281) 541-5767

Ms. Uvale was employed with Bouton as a receptionist, and she may have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, termination of the Agreement, and Bouton's damages.

41.  **Heather San Miguel**
    6450 Ella Lane, No. 4
    Houston, Texas 77057
    Tel: (713) 259-5998

Ms. San Miguel was employed with Bouton as a Nurse/Office Manager, and she may have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, termination of the Agreement, and Bouton's damages.

42.  **Kimberly Ponder**
    16629 North Wayne Lane
    Pearland, Texas 77584
    Tel: (512) 826-3172

Ms. Ponder was employed by Bouton as a Nurse/Office Manager, and she may have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, termination of the Agreement, and Bouton's damages.

43.  **Inhouse Assist LLC**
    6751 North Sunset Blvd. Suite 450
    Glendale, AZ 85305
    Tel: (877) 775-8111

Inhouse Assist LLC is a recruitment firm that assisted in the recruitment by Memorial Healthcare System of Bouton. Inhouse Assist LLC and its employees, agents, representatives and custodians of records may have knowledge of MHHS' recruitment of Bouton, the Agreement, and representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock.

**44.** The following are health plan providers that Bouton applied to and/or was approved by during the term of the Agreement, and they may have knowledge of Bouton's diligent but unsuccessful efforts to build a viable practice and Bouton's damages:

   a. Aetna, Inc.
      151 Farmington Avenue
      Hartford, Ct 06156
      Tel: (800)624-0756

   b. Amerigroup Amerivantage Medicare HMO –
      22 Century Boulevard, Ste. 310
      Nashville, TN 37214
      Tel: (615) 316-2431 ext.22431

   c. Beechstreet Health Plans (Concentra)
      25500 Commercentre Drive
      Lake Forest, CA 92630-8855
      Tel: (949) 672-1000

   d. Blue Cross/Blue Shield
      225 North Michigan Avenue
      Chicago, IL 60601
      Tel: (866) 664-1207

   e. Cigna
      Two Liberty Place
      Philadelphia, PA 19192
      United States
      Tel: (215) 761-1000

   f. Community Health Choice
      2636 South Loop West, Ste. 700
      Houston, Texas 77054
      Tel: (713) 295-2295

   g. Coventry Healthcare National Network
      6705 Rockledge Drive, Ste. 900
      Bethesda, MD 20817
      Tel: (301)581-0600

   h. Elder Health (Bravo) Medicare HMO
      3601 O'Donnell Street
      Baltimore, MD 21224
      Tel: (800)235-9188

i. Employers Health Network
   1883 N Hwy CC
   Nixa, MO 65714
   Tel: (800)323-5135

j. Evercare
   Evercare Corporate Office
   9900 Bren Road East
   Minnetonka, MN 55343
   Tel: (877) 842-3210

k. Evolutions Healthcare
   7916 Evolutions Way
   New Port Richey, FL 34655
   Tel: (727) 938-2222

l. First Health
   3200 Highland Avenue
   Downers Grove, IL 60515
   Tel: (630) 737-7900

m. Galaxy Health
   631 106th Street
   Arlington, Texas 76011
   Tel: (817) 633-5822

n. Great West
   8505 E. Orchard Road
   Greenwood Village, CO 80111
   Tel: (303)729-8400

o. HealthSmart EPO, PPO
   222 West Las Colinas Boulevard, Suite 600N
   Irving, Texas 75039
   Tel: (214) 574-3546

p. Humana
   500 West Main Street
   Louisville, KY 40202
   Tel: (800)486-2620

q. IMS
   901 Main Avenue, Ste. 612
   Norwalk, CT 06851-1187
   Tel: (203)845-5200

r. Interplan Health Group (IHG)
   The Parker Group
   222 West Colinas Blvd, Ste. 2000
   Irving, TX 75039
   Tel: (866) 511-4757

s. Medicare Provider/Medicaid Provider
   Center For Medicare & Medicaid Services
   7500 Security Blvd
   Baltimore, MD 21244-1850
   Tel: (800) 633-4227

t. Memorial Hermann Health Networks Provider
   9401 S W Freeway, Ste. 1100
   Houston, Texas 77074
   Tel: (713) 448-6464

u. MultiPlan PPO
   115 Fifth Avenue
   New York, NY 10003
   Tel: (212)780-2000

v. PHCS
   253 Witherspoon Street
   Princeton, NJ 08540
   Tel: (888)742-7496

w. PRO Next
   8625 King George Drive, Ste. 300
   Dallas, TX 75235
   Tel: (866)776-6398

x. Provider Select PPO
   P.O. Box 330070
   Fort Worth, TX 76163
   Tel: (866) 774-7766

y. Texas True Choice
   Texas True Choice, Inc.
   P.O. Box 259015
   Plano, TX 75025
   Tel: (469) 443-3300

z. Unicare
   Two Greenway Plaza, Ste. 500
   Houston, TX 77046
   Tel: (888) 697-3790

aa. United Healthcare
    5901 Lincoln Dr.
    Minneapolis, MN 55436
    Tel: (952) 992-7777

**45.** **River Oaks Imaging and Diagnostic**
Operated by Memorial Hermann
c/o Fred Wahrlich
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana Street, Suite 4600
Houston, Texas 77002
Tel: (713) 222-1470

River Oaks Imaging and Diagnostic is operated by Memorial Hermann, and its employees, agents and custodians of records have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, termination of the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, and Bouton's damages.

**46.** **Scott Smith**
Chief Operating Officer
Outpatient Imaging Division
Memorial Hermann Health Systems
c/o Fred Wahrlich
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana Street, Suite 4600
Houston, Texas 77002
Tel: (713) 222-1470

Mr. Smith is the Chief Operating Officer of the Outpatient Imaging Division for MHHS, and he may have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, termination of the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, and Bouton's damages.

47. **Stephen L. Rose, M.D.**
    Rose Imaging Specialists, P.A.
    714 FM 1960 W., Suite 206
    Houston, TX 77090
    Tel: (281) 880-6991

    Mr. Rose is an officer and/or employee of Rose Imaging Specialists, P.A. Mr. Rose may have knowledge of a contract between Rose Imaging Specialists, P.A. and MHHS for the Bobetta Lindig Breast Center, representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, and Bouton's damages.

48. **Surgical Group of Memorial City**
    c/p Harry L. Scarborough
    Faubus & Scarborough LLP
    1010 Lamar, Suite 1020
    Houston, Texas 77002
    Tel: (713) 222-6400

    Surgical Group of Memorial City was the medical practice established by Bouton pursuant to the Agreement, and its employees, agents and custodians of records have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, termination of the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, and Bouton's damages.

49. **Arkansas Surgical Group**
    c/p Harry L. Scarborough
    Faubus & Scarborough LLP
    1010 Lamar, Suite 1020
    Houston, Texas 77002
    Tel: (713) 222-6400

    Arkansas Surgical Group was the medical practice Bouton left to relocate to Texas pursuant to the Agreement, and its employees, agents and custodians of records have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, termination of the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, and Bouton's damages.

50. **Terry Wheeler**
    Chief Executive Officer
    Cypress Fairbanks Medical Center Hospital
    10655 Steepletop Drive
    Houston, Texas, 77065
    Tel: (281) 890-4285

Mr. Wheeler is or was the Chief Executive Officer at Cypress Fairbanks Medical Center Hospital, and he may have knowledge of Bouton's diligent but unsuccessful efforts to build a viable practice and Bouton's damages.

51. **Brenda Wainscott, M.D.**
    Memorial Hermann Katy Hospital
    c/o Fred Wahrlich
    Munsch Hardt Kopf & Harr, P.C.
    700 Louisiana Street, Suite 4600
    Houston, Texas 77002
    Tel: (713) 222-1470

Brenda Wainscott, M.D. is or was the Chief of Staff for Memorial Hermann Katy Hospital, and she may have knowledge of MHHS' recruitment of Bouton, the Agreement, Bouton's diligent but unsuccessful efforts to build a viable practice, representations by or on behalf of MHHS in connection with the Agreement, the Bobetta Lindig Breast Center and/or Dr. Jo Pollock, termination of the Agreement, and Bouton's damages.

### Rule 26(a)(1)(A)(ii)

A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

Please see the documents and things being produced by Defendant that are bates labeled BOUTON 00001 to BOUTON 00450.

### Rule 26(a)(1)(A)(iii)

A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

Bouton has incurred the following past, present, and future estimated damages to be specifically calculated by one or more experts:

| | | |
|---|---|---|
| a. | Loss of the benefit of the bargain: | $900,000.00 |
| b. | Reliance damages: | $855,000.00 |
| c. | Consequential damages: | $95,000.00 |

18

## Rule 26(a)(1)(A)(iv)

For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

  Bouton is not aware at this time of any insurance policy that covers the matter of this lawsuit.

                /s/Harry L. Scarborough
                Harry L. Scarborough
                State Bar No. 24027838
                Federal Bar No. 27018
1010 Lamar, Suite 1020
Houston, Texas 77002
(713) 222-6400 - Office
(713) 222-7240 – Fax
harry@fscounsel.com
*Attorney-in-Charge*

OF COUNSEL:

FAUBUS & SCARBOROUGH LLP

Paula J. Wilder
State Bar No. 00792915
Federal Bar No. 19031

# CERTIFICATE OF SERVICE

This certifies that a copy of this document has been served upon the following counsel of record on July 30, 2010, as follows:

*Via Certified Mail Return Receipt Requested:*

Fred Wahrlich, Attorney-in-charge
Michael A. Harvey
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, Texas 77002

/s/Harry L. Scarborough
Harry L. Scarborough