UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| MEMORIAL HERMANN HOSPITAL SYSTEM, | § | |
|---|---|---|
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-10-1161 |
| MICHAEL BOUTON, | § | |
| Defendant. | § | |

## ORDER FOR EXPEDITED RESPONSE

The defendant's objections to notices of depositions, motion to quash and for protective order (Doc. #s 12-13) have been filed. A response to the motion is required on an expedited basis. The response is due no later than October 13, 2010.

SIGNED at Houston, Texas this 5th day of October, 2010.

Kenneth M. Hoyt
United States District Judge