UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEMORIAL HERMANN HOSPITAL SYSTEM, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-10-1161 |
| | § | |
| MICHAEL BOUTON, | § § | |
| Defendant. | § | |

## ORDER FOR EXPEDITED RESPONSE

The defendant's motion to compel (#19) has been filed. A response to this motion is required on an expedited basis. The response is due no later than November 1, 2010.

SIGNED at Houston, Texas this 21st day of October, 2010.

_____
Kenneth M. Hoyt
United States District Judge