**MATTHIESEN & ASSOCIATES**
ATTORNEYS AT LAW
511 LOVETT BOULEVARD
HOUSTON, TEXAS 77006
(713) 877-8522
FAX (713) 800-8500
United States District Court
Southern District of Texas
FILED
NOV 2 3 2010
David J. Bradley, Clerk of Court

DAVID G. MATTHIESEN

dave@matthiesenlaw.com

November 19, 2010

To the Honorable Judge of Said Court
United States District Court for the Southern District of Texas, Houston Division
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

Re: Civil Action No: 4:10-CV-1161; Memorial Hermann Hospital System vs. Michael Bouton, M.D.; In the United States District Court for the Southern District of Texas Houston Division

Dear Honorable Judge of Said Court:

The parties have completed the mediation in the above-referenced matter and settled all issues in the case.

It has been a pleasure to be of service to the Court.

Sincerely,

DAVID G. MATTHIESEN

DGM/esc

cc: Dwight Scott                     Fax: 713-222-1475
    Michael Harvey
    Harry L. Scarborough              Fax: 713-222-7240

MEDIATION\FORM16